FILED
JUL 0 1 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Name and Prisoner/Booking Number: Jared Martin 1199594
Place of Confinement: Madera County Jail
Mailing Address: 195 Tozer Street
City, State, Zip Code: Madera, CA 93638

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jared Andrew Martin,
(Full Name of Plaintiff)
                    Plaintiff,

v.

(1) Correctional Officer Delacruz
(Full Name of Defendant)
(2) Christian Pfeiffer
(3) Kathleen Allison
(4) County of Kern
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:22-CV-00812-SAB-CPC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Kern Valley State Prison

RECEIVED
JUL 01 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## B. DEFENDANTS

1. Name of first Defendant: **CORRECTIONAL OFFICER DE LACRUZ**. The first Defendant is employed as: **CORRECTIONAL OFFICER** at **KERN VALLEY STATE PRISON**.
   (Position and Title) (Institution)

2. Name of second Defendant: **CHRISTIAN PFEIFFER**. The second Defendant is employed as: **WARDEN** at **KERN VALLEY STATE PRISON**.
   (Position and Title) (Institution)

3. Name of third Defendant: **KATHLEEN ALLISON**. The third Defendant is employed as: **SECRETARY** at **CDCR**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: **COUNTY OF KERN**. The fourth Defendant is employed as:
   at
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? **5**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **MARTIN** v. **D. CASTILLO ET AL.,**
      2. Court and case number: **EASTERN DISTRICT 1:22-CV-00002**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

   b. Second prior lawsuit:
      1. Parties: **Jared Andrew Martin** v. **DARREN HUCKABAY**
      2. Court and case number: **EASTERN DISTRICT 1:22-CV-00749**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

   c. Third prior lawsuit:
      1. Parties: **MARTIN** v. **NORTHCUTT, ET AL.,**
      2. Court and case number: **EASTERN DISTRICT 1:22-CV-00748**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First, Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendment U.S. Constitution.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Correctional Officer Delacruz used excessive force on me several times. He often would put his handcuffs on me for no reason. He would put them on too tight. Delacruz would twist my arms as well. Officer Delacruz would not let people push me in my wheelchair and force me to walk and fall down. He also would not let the ADA worker help me and make me fall down. He did these things on purpose to abuse me. Delacruz once closed the cell door on me smashing me between the wall and door. Delacruz would bully me and try to push me around because I was in a wheelchair. A few times Officer Delacruz purposely did not feed me. He also would throw my food on the floor. Delacruz would let me cell flood and not help me get the water out. Delacruz would turn off the phones and television and tell the other prisoners its my fault to make them jump me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Bumps and bruises and marks all over my arms and legs. Pain in my back and arms, all over my body. Mental and physical trauma, repeated abuse and torture.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th AND 14th Amendments United States Constitution.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☑ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Delacruz would constantly threaten to use violence on me. He would have the prison workers mop the floor and then make me walk on it, trying to make me slip and fall. He would not repair the areas near me that flooded so I could slip and fall. Delacruz would not replace the socks I had with holes in them or the busted shoes. He would not put in or cancel emergency work orders to unstop my sink or fix my plumbing. When a handicap cell became available he refused to move me in it. Also the cell I was in was next to the shower. Delacruz moved me out of that cell by fabricating paperwork claiming my cell was unlivable and moved me to a section that had no disability shower. He tried to force me to use a non black ADA worker, which could have had me murdered, the prison is segregated. Delacruz and other correctional officers tortured, terrorized and tried to murder me. I have witnesses willing to testify.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I had to live with constant attacks on my safety and life. I did not have safe living conditions. Officer Delacruz tried to have me beat up and killed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st, 4th, 5th, 6th, 8th and 14th Amendments U.S. Constitution.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☑ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: ___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Correctional Officer Delacruz, tortured and terrorized me. I told Warden Cynthian Pfeiffer. I told the Secretary of California Department of Corrections and Rehabilitation Kathleen Allison and Kern County District Attorney. I told Sergeants and Lieutenants and Internal Affairs and they all tried to cover it up. They let Delacruz abuse me and would not stop him. Some of them helped Delacruz torture me. They tried to prevent me from filing lawsuits, they would stand in front of the law library and not let me go in when I had appointments. They would write me up for things I did not do. The Warden and Kathleen were told Correctional Officer Delacruz along with other prison staff had tried and were trying to kill me, they did not stop it. The abuse and torture by Delacruz didn't stop. He refused to let me see the doctor.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   The day I was released I had a doctors appointment. It was cancelled I was supposed to have a back shot. I have a bad disc and a bone sticking out of my spine.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?   ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?   ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I WANT OFFICER DELACRUZ FIRED AND ARRESTED. I WANT FBI PROTECTION AND U.S. ATTORNEY ASSISTANCE. CORRECTIONAL OFFICER DELACRUZ AND OTHER CDCR EMPLOYEES, ARE SETTING ME UP TO SEND ME BACK TO STATE PRISON. THEY PLAN TO CONTINUE TO BEAT, ABUSE AND TRY TO KILL ME. I WANT A JURY TRIAL. I WANT 260 MILLION DOLLARS IN DAMAGES. I WANT STATE AND FEDERAL JUSTICE DEPARTMENT INVESTIGATIONS OF KERN VALLEY STATE PRISON.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-24-2022
             DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.